DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
    alonzowickers@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com

Attorneys for Defendant
NERDIST INDUSTRIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BALES CREATIVE, LLC, a New York Limited Liability Company, | Case No. CV 15-3680-RGK-AS |
| Plaintiff, | **DEFENDANT NERDIST INDUSTRIES, LLC'S ANSWER TO COMPLAINT** |
| vs. | |
| NERDIST INDUSTRIES LLC, a Delaware Limited Liability Company, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Defendant Nerdist Industries, LLC ("Nerdist") responds to the complaint of plaintiff Jeremy Bales Creative, LLC ("Plaintiff") as follows:

## JURISDICTION AND VENUE

1. Nerdist admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338, and that Plaintiff alleges copyright infringement of a registered work. Except as otherwise admitted, Nerdist denies the allegations in paragraph 1.

2. Nerdist admits that this Court has personal jurisdiction over it and that its principal place of business is within the Central District of California. Except as otherwise admitted, Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 2.

3. Nerdist admits that venue in this district is proper, that its principal place of business is in this district, and that it does business in this district.

## PARTIES

4. Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 4.

5. Nerdist admits that it produces and/or distributes original content, including podcasts and videos, via a network of digital channels including YouTube and nerdist.com. Nerdist admits that it owns and operates the website at nerdist.com. Except as otherwise admitted, Nerdist denies the allegations in paragraph 5.

6. Nerdist admits that its principal place of business is located within the Central District of California.

## ALLEGATIONS COMMON TO ALL COUNTS

7. Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 7.

8. Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 8.

9. Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9.

10. To the extent the allegations in paragraph 10 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

11. Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 11.

12. To the extent the allegations in paragraph 12 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

13. Nerdist denies the allegations in paragraph 13.

14. Nerdist admits that, between April 1, 2015 and April 20, 2015, the image of television personality Grace Helbig attached to the Complaint as Exhibit C appeared on https://nerdist.com/nerdist-podcast-grace-helbig, the web page dedicated to an episode of the Nerdist Podcast that featured television personality Grace Helbig as a guest. Except as otherwise admitted, Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14.

15. Nerdist admits that the website at nerdist.com is available on the internet and accessible through internet-connected computers throughout the world, including New York and California.

16. To the extent the allegations in paragraph 16 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist admits that, on or about April 20, 2015, Plaintiff's counsel sent Nerdist a letter accusing Nerdist of infringement and demanding payment. Except as otherwise admitted, Nerdist denies the allegations in this paragraph.

17. To the extent the allegations in paragraph 17 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

## FIRST CAUSE OF ACTION

18. Nerdist incorporates and realleges its responses set forth in paragraphs 1 through 17 above as if fully set forth here.

19. Nerdist lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 19.

20. Nerdist admits that, between April 1, 2015 and April 20, 2015, the image of television personality Grace Helbig attached to the Complaint as Exhibit C appeared on https://nerdist.com/nerdist-podcast-grace-helbig, the web page dedicated to an episode of the Nerdist Podcast that featured television personality Grace Helbig as a guest. Nerdist admits that Plaintiff did not specifically authorize the use of the image on the web page for the Nerdist Podcast. Except as otherwise admitted, Nerdist denies the allegations in this paragraph.

21. To the extent the allegations in paragraph 21 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

22. To the extent the allegations in paragraph 22 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

23. To the extent the allegations in paragraph 23 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

24. To the extent the allegations in paragraph 24 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

## SECOND CAUSE OF ACTION

25. Nerdist incorporates and realleges its responses set forth in paragraphs 1 through 24 above as if fully set forth here.

26. Nerdist admits that, on or about June 17, 2015, an image similar to the one attached as Exhibit C to the Complaint was displayed on the web page jeremybales.blogspot.com/2013/01/grace-helbig-is-monster.html and that the name "Jeremy Bales" appears in the bottom left corner of the image. Except as otherwise admitted, Nerdist denies the allegations in this paragraph.

27. Nerdist denies the allegations in paragraph 27.

28. To the extent the allegations in paragraph 28 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

29. To the extent the allegations in paragraph 29 are legal argument or allegations or conclusions of law, they require no answer. To the extent that an answer may be required, Nerdist denies the allegations in this paragraph.

## PRAYER

The allegations in the prayer do not require a response, but to the extent that it contains additional allegations, Nerdist denies them and denies that Plaintiff has been harmed or that Plaintiff is entitled to any relief from Nerdist.

## ADDITIONAL DEFENSES

Nerdist asserts the following additional defenses in response to the allegations of the complaint. Nerdist reserves the right to amend this answer with additional defenses as further information is obtained. By alleging these additional defenses, Nerdist is not in any way agreeing or conceding that it has the burden of proof or persuasion on any of these issues.

### First Additional Defense

1. The complaint and each of its causes of action fail to state a claim upon which relief can be granted.

### Second Additional Defense

2. The complaint and each of its causes of action are barred because Nerdist's conduct was reasonable and justified.

### Third Additional Defense

3. The complaint and each of its causes of action are barred because the allegedly infringing work was furnished by a third party and Nerdist had no reason to believe that its conduct was infringing. *See* 17 U.S.C. § 504(c)(2).

### Fourth Additional Defense

4. The complaint and each of its causes of action are barred by the doctrine of fair use.

### Fifth Additional Defense

5. The complaint and each of its causes of action are barred by the doctrine of copyright misuse.

### Sixth Additional Defense

6. The complaint and each of its causes of action are barred by the doctrine of unclean hands.

### Seventh Additional Defense

7. The complaint and each of its causes of action are barred by the doctrine of estoppel.

### Eighth Additional Defense

8. The complaint and each of its causes of action are barred because any injuries suffered by Plaintiffs were caused by their own conduct.

### Ninth Additional Defense

9. The complaint and each of its causes of action are barred because any damages suffered by Plaintiffs were not proximately caused by Nerdist.

### Tenth Additional Defense

10. The complaint and each of its causes of action are barred because Plaintiffs failed to mitigate their damages, if any.

### Eleventh Additional Defense

11. The complaint and each of its causes of action are barred by the doctrine of unjust enrichment.

### Twelfth Additional Defense

12. The complaint and each of its causes of action are barred because Plaintiff has not demonstrated that it possesses a valid, registered copyright for the allegedly infringed work.

### Thirteenth Additional Defense

13. The complaint, to the extent that it seeks statutory, exemplary, or punitive damages, violates Nerdist's rights to procedural and substantive due process under the Fifth and Fourteenth Amendments of the United States Constitution, and under Article I, Section 7 of the Constitution of the State of California, and therefore fails to state a cause of action upon which damages may be awarded.

### Fourteenth Additional Defense

14. The complaint and each of its causes of action are barred in whole or in part by the prohibition against excessive fines in Article I, Section 17 of the Constitution of the State of California.

Nerdist prays for relief as follows:

1. That Plaintiff takes nothing by reason of the complaint in this matter, and that judgment be rendered in favor of Nerdist and against Plaintiff;
2. That Nerdist recover its costs and attorneys' fees in this action; and
3. For such other relief as the Court deems just and proper.

| | | |
|---|---|---|
| 1 | Dated: June 23, 2015 | DAVIS WRIGHT TREMAINE LLP<br>ALONZO WICKERS IV<br>NICOLAS A. JAMPOL |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Alonzo Wickers IV<br>        Alonzo Wickers IV |
| 5 | | |
| 6 | | Attorneys for Defendant<br>NERDIST INDUSTRIES, LLC |

## **JURY DEMAND**

Defendant Nerdist Industries, LLC hereby demands trial by jury on all issues so triable.

Dated: June 23, 2015

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
NICOLAS A. JAMPOL

By:  /s/ Alonzo Wickers IV
           Alonzo Wickers IV

Attorneys for Defendant
NERDIST INDUSTRIES, LLC